UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ABBEY, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY,<br><br>　　　　Defendants. | Case No. 20-cv-06443-JD<br><br>**JUDGMENT** |

The United States' motion to dismiss, Dkt. No. 91, was granted, and the Court dismissed plaintiffs' second amended complaint in its entirety for lack of subject matter jurisdiction, without further leave to amend. *See* Dkt. No. 106.

Consequently, pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiffs.

**IT IS SO ORDERED.**

Dated: January 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge