# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | Northern California |

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: | 20-cv-06443-JD |

　　　Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 09/14/2020 |

Date of judgment or order you are appealing: | 01/17/2023 |

Docket entry number of judgment or order you are appealing: | 107 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes    ( ) No    ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

[See attachment for list of all appellants]

Is this a cross-appeal?  ( ) Yes  (•) No

If yes, what is the first appeal case number? | N/A |

Was there a previous appeal in this case?  ( ) Yes  (•) No

If yes, what is the prior appeal case number? | N/A |

Your mailing address (if pro se):

|  |
|  |

City: |            |  State: |      |  Zip Code: |            |

Prisoner Inmate or A Number (if applicable): | N/A |

**Signature** |  _(signature)_  |  **Date** | February 6, 2023 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| [See attachment for list of all appellants] |

Name(s) of counsel (if any):

| |
|---|
| WALKUP, MELODIA, KELLY & SCHOENBERGER APC: Khaldoun A. Baghdadi and Clifton N. Smoot |

Address: | 650 California Street, 26th Floor, San Francisco, CA 94108 |

Telephone number(s): | (415) 981-7210 |

Email(s): | |

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes    ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Defendant United States of America, Dept. of the Navy |

Name(s) of counsel (if any):

| |
|---|
| United States Dept. of Justice, Environmental Torts, Civil Division: Michele S. Greif |

Address: | P.O. Box 340, Washington, D.C. 20044 |

Telephone number(s): | (202) 353-2492 |

Email(s): | Michele.Greif@usdoj.gov |

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                        *New 12/01/2018*

**List of Appellants – Group A Plaintiffs**

|  | Last Name | First Name |
|---|---|---|
| 1. | Abbey | Kevin |
| 2. | Aguilera | Taryn |
| 3. | Ahern | William |
| 4. | Aicardo | Gary |
| 5. | Aleman | Arnaldo |
| 6. | Allegro | Joseph |
| 7. | Allen | Nicholas |
| 8. | Alves | Richard |
| 9. | Anderson | Debra |
| 10. | Anderson | Larryett |
| 11. | Anderson | Malcolm |
| 12. | Anderson | Tim |
| 13. | Armanino | Robert |
| 14. | Arrebollo | Victor |
| 15. | Bailey | Wade |
| 16. | Bailon | Rick |
| 17. | Balinton | E.R. |
| 18. | Banta | Ronald |
| 19. | Barcojo | John |
| 20. | Barrett | Teresa |
| 21. | Barretta | Joseph |
| 22. | Batchelder | David |
| 23. | Battaglia | Roger |
| 24. | Bautista | Melvin |
| 25. | Bear | Wendy |
| 26. | Becker | Michael |
| 27. | Bell | Jerrell |
| 28. | Benzinger | Stephen |

**List of Appellants – Group A Plaintiffs**

|      | Last Name      | First Name |
|------|----------------|------------|
| 29.  | Bertrand       | Larry      |
| 30.  | Bickel         | Donald     |
| 31.  | Bisordi        | John       |
| 32.  | Bodisco        | Brett      |
| 33.  | Bohanan        | Robert     |
| 34.  | Bonnet         | Robert     |
| 35.  | Booth          | Marquita   |
| 36.  | Bosch          | James      |
| 37.  | Bosshard       | Lance      |
| 38.  | Bowker         | Geoff      |
| 39.  | Boyd           | Brian      |
| 40.  | Bozin          | Kirk       |
| 41.  | Bradford       | Brent      |
| 42.  | Brandt         | David      |
| 43.  | Brewster       | Barbara    |
| 44.  | Brown          | Kathryn    |
| 45.  | Brown          | Philip     |
| 46.  | Brown          | Willa      |
| 47.  | Browne         | Michael    |
| 48.  | Brugaletta     | Kevin      |
| 49.  | Brunicardi     | William    |
| 50.  | Brunner-Jones  | Alexandria |
| 51.  | Bryant         | Carl       |
| 52.  | Buckley        | Thomas     |
| 53.  | Burkley        | Mike       |
| 54.  | Burley         | Patricia   |
| 55.  | Burns          | Mary       |
| 56.  | Busalacchi     | Peter      |

**List of Appellants – Group A Plaintiffs**

|     | Last Name  | First Name |
| --- | ---------- | ---------- |
| 57. | Buscovich  | Stanley    |
| 58. | Calasanz   | Anthony    |
| 59. | Callejas   | Edgar      |
| 60. | Canales    | Rolando    |
| 61. | Canedo     | Brian      |
| 62. | Cantillon  | Vincent    |
| 63. | Carcelen   | Oscar      |
| 64. | Cardenas   | Mel        |
| 65. | Carlin     | Joseph     |
| 66. | Carrier    | Annette    |
| 67. | Casciato   | Croce      |
| 68. | Cassanego  | Louis      |
| 69. | Castagnola | Matthew    |
| 70. | Castro     | Adriano    |
| 71. | Celaya     | Dominic    |
| 72. | Centurioni | John       |
| 73. | Chan       | Barrett    |
| 74. | Chan       | Larry      |
| 75. | Chan       | Nathan     |
| 76. | Chan       | Walter     |
| 77. | Chapman    | Robert     |
| 78. | Cheng      | Bonnie     |
| 79. | Chin       | Kevin      |
| 80. | Choy       | Adam       |
| 81. | Christ     | Samuel     |
| 82. | Ciardella  | Don        |
| 83. | Cleary     | Michael    |
| 84. | Coggan     | William    |

## List of Appellants – Group A Plaintiffs

|  | Last Name | First Name |
|---|---|---|
| 85. | Cole | Davin |
| 86. | Connolly | Michael |
| 87. | Constantine | Gary |
| 88. | Cook | Clifford |
| 89. | Cook | Katharine |
| 90. | Corriea | Richard |
| 91. | Cota | Edmund |
| 92. | Craig | Michelle |
| 93. | Cronin | Sean |
| 94. | Cuevas | George |
| 95. | Cunnane | Thomas |
| 96. | Cunningham | Dan |
| 97. | Cunningham | James |
| 98. | Cunningham | Neil |
| 99. | Curry | Richmond |
| 100. | D'Arcy | Kim |
| 101. | Damonte | Chris |
| 102. | Daniele | Richard |
| 103. | Daniele | Robert |
| 104. | Danker | Brian |
| 105. | D'Arcy | Brian |
| 106. | D'Arcy | Gerald |
| 107. | daRoza | Chris |
| 108. | Dawydiak | Leanna |
| 109. | Daza | Dustin |
| 110. | De Jesus | Peter Kent |
| 111. | DeFilippo | Jerome |
| 112. | Del Torre | Robert |

**List of Appellants – Group A Plaintiffs**

|  | Last Name | First Name |
|---|---|---|
| 113. | Delahunty | Brian |
| 114. | Dempsey | Kevin |
| 115. | Denny | John |
| 116. | Devlin | Brian |
| 117. | Diggs | Herman |
| 118. | Dito | Gregory |
| 119. | Dockery | David |
| 120. | Dowke | Jay |
| 121. | Dudley | James |
| 122. | Dudley | Dan |
| 123. | Duffield | Robert |
| 124. | Dumont | Scott |
| 125. | Dun | Julie |
| 126. | Dunne | Chris |
| 127. | Ehrlich | John |
| 128. | Ellestad | Edward |
| 129. | Ernst | Richard |
| 130. | Espinda | Louis |
| 131. | Evans | John |
| 132. | Fabiani | Martha |
| 133. | Farmer | Douglas |
| 134. | Farrell | Craig |
| 135. | Favetti | Michael |
| 136. | Faye | Tom |
| 137. | Feeney | John |
| 138. | Ferrigno | Sharon |
| 139. | Festa | Giuseppe |
| 140. | Fewer | John |

**List of Appellants – Group A Plaintiffs**

|      | Last Name | First Name |
|------|-----------|------------|
| 141. | Fitzgerald-Wermes | Pamela |
| 142. | Flaherty | Timothy |
| 143. | Fogarty | George |
| 144. | Foley | Timothy |
| 145. | Fong | Byron |
| 146. | Fong | Jonathan |
| 147. | Fong | Joseph |
| 148. | Fong | Lewis |
| 149. | Fong | Benny |
| 150. | Ford | Robert |
| 151. | Forrestal | Leslie |
| 152. | Fotinos | Anthony |
| 153. | Frazer | Lisa |
| 154. | Frost | Liam |
| 155. | Fung | Robert |
| 156. | Gaan | James |
| 157. | Gabac | Arthur |
| 158. | Gala | Moses |
| 159. | Galeano | Eugene |
| 160. | Galeano | Marianne |
| 161. | Galligan | Chris |
| 162. | Garbayo | Joseph |
| 163. | Garcia | Edmund |
| 164. | Garcia | Henry |
| 165. | Garcia | Juliana Henry |
| 166. | Garrity | John |
| 167. | Geraty | John |
| 168. | Gin | Wallace |

**List of Appellants – Group A Plaintiffs**

|     | Last Name | First Name |
| --- | --- | --- |
| 169. | Glickman | Steve |
| 170. | Globe | Michael |
| 171. | Goldberg | John |
| 172. | Goldner | Alexis |
| 173. | Gomes | Anthony |
| 174. | Graves | Francis |
| 175. | Gray | Lawrence |
| 176. | Greely | Daniel |
| 177. | Greely | Nicole |
| 178. | Grennell | Bret |
| 179. | Griffin | Michael |
| 180. | Griffin | William |
| 181. | Guerrero | James |
| 182. | Guillermo | Robert |
| 183. | Haggett | John |
| 184. | Hall | James |
| 185. | Hamilton | Michael |
| 186. | Hampton | Daniel |
| 187. | Hampton | Stephen |
| 188. | Hara | Mike |
| 189. | Harms | Joel |
| 190. | Haverkamp | John |
| 191. | Hayes | Christopher |
| 192. | Haymond | Thomas |
| 193. | Heavey | Roy |
| 194. | Hicks | Sherry |
| 195. | Higgins | John |
| 196. | Hofmann | Heinz |

**List of Appellants – Group A Plaintiffs**

|      | Last Name  | First Name |
|------|------------|------------|
| 197. | Hofsass    | Pamela     |
| 198. | Holder     | A.J.       |
| 199. | Hom        | Alan       |
| 200. | Hom        | Jordan     |
| 201. | Honniball  | Alan       |
| 202. | Hoo        | Brien      |
| 203. | Horan      | Thomas     |
| 204. | Horton     | Aura       |
| 205. | Huddleston | Michael    |
| 206. | Hughes     | Michael    |
| 207. | Hurley     | Scott      |
| 208. | Hurley     | Carla      |
| 209. | Ison       | Kevin      |
| 210. | Jamison    | Michael    |
| 211. | Jensen     | Ryan       |
| 212. | Jew        | Winfred    |
| 213. | Jimenez    | Gary       |
| 214. | Johnson    | Bart       |
| 215. | Johnston   | Robert     |
| 216. | Jonas      | Stephen    |
| 217. | Jones      | Herman     |
| 218. | Jones      | James D.   |
| 219. | Jones      | Richard    |
| 220. | Jones      | Wendell    |
| 221. | Joseph     | Andrea     |
| 222. | Kalinin    | Eugene     |
| 223. | Kamita     | David      |
| 224. | Kato       | Jody       |

**List of Appellants – Group A Plaintiffs**

|  | Last Name | First Name |
|---|---|---|
| 225. | Keane | Michael |
| 226. | Keeve | Damon |
| 227. | Kellogg | Kevin |
| 228. | Kelly | James |
| 229. | Kempinski | Lawrence |
| 230. | Kim | Jahan |
| 231. | Kim | Joo-Han |
| 232. | King | Thomas |
| 233. | Kirwan | Stephen |
| 234. | Koenig | Kenneth |
| 235. | Kofman | Andrew |
| 236. | Korte | Scott |
| 237. | Kozel | Peter |
| 238. | Kraus | William |
| 239. | Krimsky | Matt |
| 240. | Kucia | David |
| 241. | Kumli | Joshua |
| 242. | Kwan | Patrick |
| 243. | Lai | Keith |
| 244. | Lai | Kelvin |
| 245. | Lalor | Martin |
| 246. | Landi | Steven |
| 247. | Latus | Gregory |
| 248. | Laval | Dan |
| 249. | Lee | Franklin |
| 250. | Lee | Kenwade |
| 251. | Lee | Richard |
| 252. | Lee | Tom |

**List of Appellants – Group A Plaintiffs**

|  | Last Name | First Name |
|---|---|---|
| 253. | Leung | Robert |
| 254. | Levy | Alan |
| 255. | Lewis | James |
| 256. | Lewis | Kim |
| 257. | Liddicoet | Michelle |
| 258. | Lindo | Leroy |
| 259. | Linehan | Dan |
| 260. | Linehan | Patricia |
| 261. | Lipp | Keith |
| 262. | Lofgren | Charles |
| 263. | Lopez | Danny |
| 264. | Louie | Gerald |
| 265. | Lovrin | Jared |
| 266. | Lozano | Alex |
| 267. | Lu | Roger |
| 268. | Luenow | Allyn |
| 269. | Lum | Nelson |
| 270. | Lundin | Mark |
| 271. | Lyons | Charlie |
| 272. | Lyons | Gerald |
| 273. | Macias | Jose |
| 274. | MacKenzie | Matt |
| 275. | Madsen | Mark |
| 276. | Mahoney | Mark |
| 277. | Mahvi | Iraj |
| 278. | Mambretti | John |
| 279. | Manning | Daniel |
| 280. | Manwiller | Lawrence |

**List of Appellants – Group A Plaintiffs**

|      | Last Name   | First Name  |
|------|-------------|-------------|
| 281. | Marcic      | Dean        |
| 282. | Margetts    | Carol       |
| 283. | Mariona     | Sonia       |
| 284. | Maron       | David S.    |
| 285. | Martel      | Dennis      |
| 286. | Martinez    | Pierre      |
| 287. | Martinez    | Eddieberto  |
| 288. | Mason       | Matt        |
| 289. | Mattei      | Matthew     |
| 290. | Mayer       | Tim         |
| 291. | Mcalister   | Ben         |
| 292. | McCann      | Alan        |
| 293. | McCloskey   | Joe         |
| 294. | McCray      | Tracy       |
| 295. | McDonough   | Mark        |
| 296. | McEllistrim | Sean        |
| 297. | Mehmet      | Tahnee      |
| 298. | Meixner     | Donna       |
| 299. | Miller      | John S.     |
| 300. | Mino        | John        |
| 301. | Miranda     | Alberto     |
| 302. | Miranda     | Jimmy       |
| 303. | Molina      | Mario       |
| 304. | Monroe      | Jared       |
| 305. | Montoya     | Anthony     |
| 306. | Morales     | Ana         |
| 307. | Mori        | Glenn       |
| 308. | Morrow      | Sylvia      |

**List of Appellants – Group A Plaintiffs**

|      | Last Name  | First Name  |
|------|------------|-------------|
| 309. | Mroz       | Stephen     |
| 310. | Murphy     | Stephen     |
| 311. | Murphy     | Steven      |
| 312. | Murray     | Kevin       |
| 313. | Nannery    | Brian       |
| 314. | Neal       | Gregory     |
| 315. | Needham    | Kevin       |
| 316. | Nevin      | John        |
| 317. | Newbeck    | Gerald      |
| 318. | Newman     | John        |
| 319. | Ng         | Julian      |
| 320. | Niland     | Michael     |
| 321. | Noli       | Margie      |
| 322. | O'Shea     | James       |
| 323. | Oberhoffer | David       |
| 324. | Oberzeir   | Tim         |
| 325. | Obot       | Bassey      |
| 326. | O'Connor   | Brendan     |
| 327. | O'Leary    | Denis       |
| 328. | O'Leary    | Sean        |
| 329. | Olocco     | Christopher |
| 330. | O'Malley   | Kevin       |
| 331. | Ortega     | Glenn       |
| 332. | Ortiz      | Jessie      |
| 333. | Ossio      | Pablo       |
| 334. | Palada     | Mike        |
| 335. | Parker     | Keith       |
| 336. | Parry      | Richard     |

**List of Appellants – Group A Plaintiffs**

|  | Last Name | First Name |
|---|---|---|
| 337. | Pashby | Mathew |
| 338. | Paton | Patrick |
| 339. | Payne | Robert |
| 340. | Pera | Holly |
| 341. | Pera | Philip |
| 342. | Perez | Cezar |
| 343. | Perry | Brian J. |
| 344. | Peters | Roger |
| 345. | Peterson | John |
| 346. | Petty | James |
| 347. | Potter | Mark |
| 348. | Priest | Roy |
| 349. | Primiano | Michele |
| 350. | Quema | Eric |
| 351. | Ramirez | John |
| 352. | Ramsey | James |
| 353. | Rebollini | Michael Angelo |
| 354. | Recinos | Carlos |
| 355. | Redd | Steven |
| 356. | Reid | Darby |
| 357. | Reid | Rosalind |
| 358. | Reilly | Joseph |
| 359. | Richardson | Peter |
| 360. | Riggle | Judith |
| 361. | Rissetto | Niccole |
| 362. | Robinson | Michael |
| 363. | Robison | Michael |
| 364. | Robles | Joseph |

**List of Appellants – Group A Plaintiffs**

|      | Last Name | First Name |
|------|-----------|------------|
| 365. | Robles | Jesse |
| 366. | Robles | Jose |
| 367. | Robleto | Manuel |
| 368. | Roche | Steve |
| 369. | Rodriguez | Michael |
| 370. | Rosiak | Daniel |
| 371. | Sakurai | Sid |
| 372. | Salinas | Roberto |
| 373. | Salvador | Jerry |
| 374. | Sanders | Kelvin |
| 375. | Sanford | Keith |
| 376. | Sarkissian | Sonny |
| 377. | Sawyer | Jason |
| 378. | Schardt | Dennis |
| 379. | Schmidt | Gerald |
| 380. | Sepich | Nicholas |
| 381. | Serna | Jesse |
| 382. | Shea | Mark |
| 383. | Shepard | Mari |
| 384. | Shishmanian | Henry |
| 385. | Shiu | Daniel |
| 386. | Singer | Keith |
| 387. | Slade | Michael |
| 388. | Smally | Frederick |
| 389. | Smith | David |
| 390. | Smith | Rosemarie |
| 391. | Smith | Wayne |
| 392. | Smith,  Jr. | Thomas |

**List of Appellants – Group A Plaintiffs**

|  | Last Name | First Name |
|---|---|---|
| 393. | Solis | Judith |
| 394. | Solomon | Mark |
| 395. | Spagnoli | Angelo |
| 396. | Springer | Edgar |
| 397. | St. Andre | Edward |
| 398. | Stockwell | Juanita |
| 399. | Sui | Dan |
| 400. | Sung | Felix |
| 401. | Suslow | Lamont |
| 402. | Suslow | Lindsey |
| 403. | Swall | Robert |
| 404. | Swendsen | Neil |
| 405. | Swiatko | Paul |
| 406. | Sylvester | Glenn |
| 407. | Syme | John |
| 408. | Tacchini | Stephen |
| 409. | Tang | Timothy |
| 410. | Taylor | Dean |
| 411. | Tennenbaum | Carl |
| 412. | Thompson | Brandon |
| 413. | Thornton | Melvin |
| 414. | Tiffer | Alejandro |
| 415. | Tittel | Stephen |
| 416. | Tolosa | Roland |
| 417. | Toney | Lamar |
| 418. | Tong | Albert |
| 419. | Tong | Richard |
| 420. | Toomey | Michael |

**List of Appellants – Group A Plaintiffs**

|     | Last Name | First Name |
| --- | --- | --- |
| 421. | Totah | Robert |
| 422. | Toy | Robert |
| 423. | Tsang | Victor |
| 424. | Valdez | Ricardo |
| 425. | Valmonte | Matthew |
| 426. | Van Buskirk | Al |
| 427. | Van Koll | John |
| 428. | Van Koll | Richard |
| 429. | Velasquez | Johnny |
| 430. | Wallace | Shawn |
| 431. | Walsh | Thomas |
| 432. | Washington | Christalyn |
| 433. | Way | Marty |
| 434. | Wearing | Trenia |
| 435. | Wesley | Kelly |
| 436. | Whalen | Kevin |
| 437. | Whitney | Erik |
| 438. | Wilhelm | Angela |
| 439. | Williams | Damon |
| 440. | Williams | Frances |
| 441. | Williams | Mark |
| 442. | Williams | Yulanda |
| 443. | Wilson | Dewayne |
| 444. | Wong | Kimberly |
| 445. | Wong | Kurtis |
| 446. | Wong | Thomas |
| 447. | Woo | Bryan |
| 448. | Woo | Kelvin |

**List of Appellants – Group A Plaintiffs**

|      | Last Name | First Name |
|------|-----------|------------|
| 449. | Wynkoop | Ed |
| 450. | Yaranon | Quentin |
| 451. | Yee | Gordon |
| 452. | Yee | Julie |
| 453. | Yee | Warren |
| 454. | Yoshii | Eugene |
| 455. | Young | Roderick |
| 456. | Yu | Edward |
| 457. | Zamagni, Jr. | Joseph |
| 458. | Ziegler | Rob |
| 459. | Zografos | Dino |
| 460. | Zukor | Steven |
| 461. | Zurcher | Michael |
| 462. | Caracciolo | Eric |
| 463. | Ciriaco (Swann) | Maria Hermina |
| 464. | Condencia | Donald |
| 465. | Jimenez | Jose |
| 466. | Marte | Joseph |
| 467. | McEachern | Michael |
| 468. | Newman | Brandon |
| 469. | Puts | Robert |
| 470. | Sanchez | Kenneth |
| 471. | Springer | Robert |
| 472. | Swendsen | Mark |
| 473. | Troche | John |
| 474. | Tso | Kevin |
| 475. | Adamson | Lorenzo |
| 476. | Bosshard | Steve |

**List of Appellants – Group A Plaintiffs**

|      | Last Name       | First Name |
| ---- | --------------- | ---------- |
| 477. | Gordon          | Russell    |
| 478. | Hamilton        | Theresa    |
| 479. | Henderson       | Larry      |
| 480. | Hurley          | Wendy      |
| 481. | Kerrigan        | Robert     |
| 482. | Manfredi        | Carlos     |
| 483. | Overstreet      | Patrick    |
| 484. | Pacchetti       | Vincent    |
| 485. | Reynoso         | Ramon      |
| 486. | Riskin          | Seth       |
| 487. | Simone          | Daniel     |
| 488. | Tong            | Jonathan   |
| 489. | Worthington     | Alicia     |
| 490. | Wotowic         | Shirley    |
| 491. | Noble           | Kevin      |
| 492. | Wells           | Michael    |
| 493. | De La Cerda     | Alfred     |
| 494. | Deleon          | Noel       |

**List of Appellants – Group B Plaintiffs**

|     | Name | Relation to Group A Plaintiff |
| --- | --- | --- |
| 1. | Valerie Abbey | spouse of Kevin Abbey |
| 2. | Anna Teresa Allen | spouse of Nicholas Allen |
| 3. | Angelita Alves | spouse of Richard Alves |
| 4. | Larryett Anderson | spouse of Debra Anderson |
| 5. | Debra Anderson | spouse of Larryett Anderson |
| 6. | Darcy Lee Armanino | spouse of Robert Armanino |
| 7. | Tarliena Balinton | spouse of E.R. Balinton |
| 8. | Marcella Mastro | spouse of Roger Battaglia |
| 9. | Michele Denomie | spouse of Melvin Bautista |
| 10. | Evelyn Bell | spouse of Jerrell Bell |
| 11. | Marilyn Bisordi | spouse of John Bisordi |
| 12. | Maureen Hallinan | spouse of Robert Bonnet |
| 13. | Kimberly Brazill | spouse of Marquita Booth |
| 14. | Maria Bozin | spouse of Kirk Bozin |
| 15. | Roberta Friedman | spouse of Kathryn Brown |
| 16. | Jean Buckley | spouse of Thomas Buckley |
| 17. | Libia Busalacchi | spouse of Peter Busalacchi |
| 18. | Maritza Casciato | spouse of Croce Casciato |
| 19. | Dori DelCarlo | spouse of Louis Cassanego |
| 20. | Bernadette Castagnola | spouse of Matthew Castagnola |
| 21. | Alexandra Medina | spouse of Adriano Castro |
| 22. | Tami Celaya | spouse of Dominic Celaya |
| 23. | Julie Centurioni | spouse of John Centurioni |
| 24. | Beverly Chan | spouse of Nathan Chan |
| 25. | Yan Li | spouse of Walter Chan |
| 26. | Leslie Chin | spouse of Kevin Chin |
| 27. | Denise Christ | spouse of Samuel Christ |
| 28. | Teresa Ciardella | spouse of Don Ciardella |

**List of Appellants – Group B Plaintiffs**

|     | Name | Relation to Group A Plaintiff |
| --- | --- | --- |
| 29. | Cynthia Cleary | spouse of Michael Cleary |
| 30. | Beaulah Connolly | spouse of Michael Connolly |
| 31. | Maria Corriea | spouse of Richard Corriea |
| 32. | Estela Martinez Cuevas | spouse of George Cuevas |
| 33. | Joann Cunnane | spouse of Thomas Cunnane |
| 34. | Marina Cunningham | spouse of Dan Cunningham |
| 35. | Roberta Cunningham | spouse of James Cunningham |
| 36. | Carolyn Cunningham | spouse of Neil Cunningham |
| 37. | Teresa Daniele | spouse of Richard Daniele |
| 38. | Jan Daniele | spouse of Robert Daniele |
| 39. | Patricia D'Arcy | spouse of Brian D'Arcy |
| 40. | Reno Rapagnani | spouse of Leanna Dawydiak |
| 41. | Deborah DeFilippo | spouse of Jerome DeFilippo |
| 42. | Linda Delahunty | spouse of Brian Delahunty |
| 43. | Laura Dito | spouse of Gregory Dito |
| 44. | Anna Dowke | spouse of Jay Dowke |
| 45. | Susan Fernyak | spouse of James Dudley |
| 46. | Jill Legg | domestic partner of John Ehrlich |
| 47. | Angee Cordero | spouse of Edward Ellestad |
| 48. | David Southern | spouse of Richard Ernst |
| 49. | Elizabeth Espinda | spouse of Louis Espinda |
| 50. | Cory Blaiss-Evans | spouse of John Evans |
| 51. | Bruce Ferrigno | spouse of Sharon Ferrigno |
| 52. | Lorraine Fong | spouse of Jonathan Fong |
| 53. | Sharon Ford | spouse of Robert Ford |
| 54. | Mary Frost | spouse of Liam Frost |
| 55. | Debbie Fung | spouse of Robert Fung |
| 56. | Teresa Rubie | domestic partner of Arthur Gabac |

**List of Appellants – Group B Plaintiffs**

|  | Name | Relation to Group A Plaintiff |
|---|---|---|
| 57. | Vivi Garcia | spouse of Edmund Garcia |
| 58. | Kathleen Knopp-Garcia | spouse of Henry Garcia |
| 59. | Joy Geraty | spouse of John Geraty |
| 60. | Sallie Gin | spouse of Wallace Gin |
| 61. | Nicole Greely | spouse of Daniel Greeley |
| 62. | Daniel Greely | spouse of Nicole Greeley |
| 63. | Mayra Guerrero | spouse of James Guerrero |
| 64. | Nancy Lopez Haggett | spouse of John Haggett |
| 65. | Beverly Ann Hall | spouse of James Hall |
| 66. | Mary Hamilton | spouse of Michael Hamilton |
| 67. | Yvonne Hampton | spouse of Daniel Hampton |
| 68. | Jessica Hampton | spouse of Stephen Hampton |
| 69. | Mimi Wong Haymond | spouse of Thomas Haymond |
| 70. | Mary Ellen Hofmann | spouse of Heinz Hofmann |
| 71. | Sharlene Hom | spouse of Alan Hom |
| 72. | Katherine Honniball | spouse of Alan Honniball |
| 73. | Sherrill Quartini-Huddleston | spouse of Michael Huddleston |
| 74. | Noreen Hughes | spouse of Michael Hughes |
| 75. | Carla Hurley | spouse of Scott Hurley |
| 76. | Annelyn Ison | spouse of Kevin Ison |
| 77. | Juliana Jamison | spouse of Michael Jamison |
| 78. | Mona Young Jew | spouse of Winfred Jew |
| 79. | Helen Jimenez | spouse of Gary Jimenez |
| 80. | Susan Johnston | spouse of Robert Johnston |
| 81. | Dana Jonas | spouse of Stephen Jonas |
| 82. | Melinda Kalinin | spouse of Gene Kalinin |
| 83. | Gabriela Keane | spouse of Michael Keane |
| 84. | Alicia Kellogg | spouse of Kevin Kellogg |

**List of Appellants – Group B Plaintiffs**

|  | Name | Relation to Group A Plaintiff |
|---|---|---|
| 85. | Elizabeth-Monica Salazar | spouse of Larry Kempinski |
| 86. | Corazon Lai | spouse of Keith Lai |
| 87. | Ann Lai | spouse of Kelvin Lai |
| 88. | Alma Landi | spouse of Steven Landi |
| 89. | Robin Laval | spouse of Daniel Laval |
| 90. | Evelyn Lee | spouse of Richard Lee |
| 91. | Dyanna Lee-Louie | spouse of Gerald Louie |
| 92. | Edith Lewis-Luenow | spouse of Allyn Luenow |
| 93. | Ly Duong | spouse of Nelson Lum |
| 94. | Carolyn Lundin | spouse of Mark Lundin |
| 95. | Bridget Lyons | spouse of Charlie Lyons |
| 96. | Jacqueline Lyons | spouse of Gerald Lyons |
| 97. | Ineke Rush Madsen | spouse of Mark Madsen |
| 98. | Erlyn Mambretti | spouse of John Mambretti |
| 99. | Pamela Manwiller | spouse of Lawrence Manwiller |
| 100. | Barbara Falk | domestic partner of Carol Margetts |
| 101. | Kristin Coupar | domestic partner of Sonia Mariona |
| 102. | Darlene Martel | spouse of Dennis Martel |
| 103. | Samantha Mason | spouse of Matt Mason |
| 104. | Meaghan Mattei | spouse of Matthew Mattei |
| 105. | Carol Finney Mayer | spouse of Tim Mayer |
| 106. | Deborah McAlister | spouse of Ben McAlister |
| 107. | Karen McDonough | spouse of Mark McDonough |
| 108. | Dennis Meixner | spouse of Donna Meixner |
| 109. | Linda Miller | spouse of John Miller |
| 110. | Marcie Mori | spouse of Glenn Mori |
| 111. | Mary Needham | spouse of Kevin Needham |
| 112. | Christian Newbeck | spouse of Gerald Newbeck |

**List of Appellants – Group B Plaintiffs**

|  | Name | Relation to Group A Plaintiff |
|---|---|---|
| 113. | Jennifer Williams | spouse of Bassey Obot |
| 114. | Diane O'Leary | spouse of Denis O'Leary |
| 115. | Karen Olocco | spouse of Christopher Olocco |
| 116. | Alicia Pashby | spouse of Matthew Pashby |
| 117. | Michael Pera | spouse of Holly Pera |
| 118. | Marlita Pera | spouse of Philip Pera |
| 119. | Julie Petty | spouse of James Petty |
| 120. | Ann Potter | spouse of Mark Potter |
| 121. | Lovely Robinson | spouse of Michael Robinson |
| 122. | Adriene Roche | spouse of Steve Roche |
| 123. | Jody Rodriguez | spouse of Michael Rodriguez |
| 124. | Cherie Sakurai | spouse of Sid Sakurai |
| 125. | Shirley Sanford | spouse of Keith Sanford |
| 126. | Penny Schardt | spouse of Dennis Schardt |
| 127. | Lynn Schmidt | spouse of Gerald Schmidt |
| 128. | Carol Slade | spouse of Michael Slade |
| 129. | Kay Stenn | spouse of Wayne Smith |
| 130. | Sylvia Solomon | spouse of Mark Solomon |
| 131. | Clorinda Springer | spouse of Edgar Springer |
| 132. | Carolyn Jean Deming St. Andre | spouse of Edward St. Andre |
| 133. | Diane Saunders-Sui | spouse of Dan Sui |
| 134. | Liza Sung | spouse of Felix Sung |
| 135. | Alexa Suslow | spouse of Lamont Suslow |
| 136. | Gail Swall | spouse of Robert Swall |
| 137. | Takako Swendsen | spouse of Neil Swendsen |
| 138. | Nida Sylvester | spouse of Glenn Sylvester |
| 139. | Lynette Syme | spouse of John Syme |
| 140. | May Lee | spouse of Victor Tang |

**List of Appellants – Group B Plaintiffs**

| | Name | Relation to Group A Plaintiff |
|---|---|---|
| 141. | Annette Van Buskirk | spouse of Al Van Buskirk |
| 142. | Lillian Velasquez | spouse of Johnny Velasquez |
| 143. | Linda Wallace | spouse of Shawn Wallace |
| 144. | Michelle Walsh | spouse of Thomas Walsh |
| 145. | Anthony Crosley | domestic partner of Yulanda Williams |
| 146. | Alisha Williams | spouse of Damon Williams |
| 147. | Raquel Williams | spouse of Mark Williams |
| 148. | Ayumi Otome | spouse of Kurtis Wong |
| 149. | Kristi Woo | spouse of Kelvin Woo |
| 150. | Jesusima Yaranon | spouse of Quentin Yaranon |
| 151. | Karen Yee | spouse of Warren Yee |
| 152. | Concepcion Bertrand | spouse of Larry Bertrand |
| 153. | Kathleen Hallin | spouse of Stanley Buscovich |
| 154. | Elizabeth Cronin | spouse of Sean Cronin |
| 155. | Victoria Dockery | spouse of David Dockery |
| 156. | Sandra Fewer | spouse of John Fewer |
| 157. | Bernadyn Woo Fong | spouse of Benny Fong |
| 158. | Edna Hoo | spouse of Brien Hoo |
| 159. | Francesca MacKenzie | spouse of Matt MacKenzie |
| 160. | Patricia Priest | spouse of Roy Priest |
| 161. | Theresa Rosiak | spouse of Daniel Rosiak |
| 162. | Michele Primiano | spouse of Mari Shepard |
| 163. | Catherine Smally | spouse of Fredrick Smally |
| 164. | Carla Mendoza | spouse of Alejandro Tiffer |
| 165. | Sylvie Tolosa | spouse of Roland Tolosa |
| 166. | Katherine Schwarz-Choy | spouse of Adam Choy |
| 167. | Sonia Cole | spouse of Davin Cole |
| 168. | Suzette Lee | spouse of Tom Lee |

**List of Appellants – Group B Plaintiffs**

|  | Name | Relation to Group A Plaintiff |
|---|---|---|
| 169. | Alexandra Ramirez | spouse of John Ramirez |
| 170. | Melissa Benzinger | spouse of Stephen Benzinger |
| 171. | Daneshia Adamson | spouse of Lorenzo Adamson |
| 172. | Altagracia Henderson | spouse of Larry Henderson |

**List of Appellants – Group C Plaintiffs**

|     | **Group C Plaintiffs** | **Group C Decedents** |
| --- | --- | --- |
| 1. | Katherine Portoni | John Portoni |
| 2. | Linda Zamagni, Joseph Zamagni, Jr. and Alicia Pashby | Joseph Zamagni, Sr. |
| 3. | Nicole Lama | Renota Chris Martinez |
| 4. | Kimberly Sopp | James Batchelor |
| 5. | Dannell Gallegos | Michael Gallegos |
| 6. | Marie Scott | William H. Scott II |
| 7. | Marlene Heideck, Ed Cydzik | Michael Toroposky |